## RICHEY & GILBERT COMPANY v. OREGON-WASHINGTON RAILROAD AND NAVIGATION COMPANY.[1]

Case Followed.

Action in the district court for Hennepin county upon 11 causes of action to recover $37,636.72 damages for failure to provide cars for the shipment of fruit. From an order, Hale, J., granting the motion of Elon B. Gilbert to continue the prosecution of the action to a conclusion in the name of Richey & Gilbert Company, defendant appealed. Affirmed.

*Sanborn, Graves & Ordway,* for appellant.

*George C. Stiles* and *F. M. Miner,* for respondent.

PER CURIAM.

The facts involved in this case are substantially the same as those presented in the foregoing case, and the decision there rendered controls here.

Order affirmed.

[1]Reported in 191 N. W. 396.